E-Filed: **9/22/09**

JS - 6 / ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARMANDO HERNANDEZ, | Case No. CV 09-06237 GHK (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| SUSAN HUBBARD, CDC Secretary, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: September 21, 2009

GEORGE H. KING
UNITED STATES DISTRICT JUDGE